[No. 4658–1.  Division One.  February 27, 1978.]

*In the Matter of the Marriage of* ROBERT N. FOSNESS,
*Appellant, and* JUANITA P. FOSNESS,
*Respondent.*

Appeal from a judgment of the Superior Court for King County, No. D–70382, Lloyd Shorett, J. Pro Tem., entered March 25, 1976. *Affirmed* by unpublished per curiam opinion.

[No. 4704–1.  Division One.  February 27, 1978.]

MIRIAM BURBANK, *Appellant,* v. JOHN W. BURBANK,
*Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 116077, Paul D. Hansen, J., entered May 3, 1976. *Affirmed* by unpublished per curiam opinion.

[No. 4874–1.  Division One.  February 27, 1978.]

VIRGINIA MAE LAREMORE, *Appellant,* v. GROUP HEALTH COOPERATIVE OF PUGET SOUND, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 810496, Solie M. Ringold, J., entered June 14, 1976. *Affirmed* by unpublished per curiam opinion.

[No. 4991–1.  Division One.  February 27, 1978.]

WALTER R. WOODALL, ET AL, *Appellants,* v. ENRIQUE CRUZ, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 810660, James J. Dore, J., entered August 6, 1976. *Affirmed* by unpublished per curiam opinion.